**WHOLE COURT**

**NOTICE: Motions for reconsideration must be** *physically received* **in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

**June 30, 2022**

# In the Court of Appeals of Georgia

A20A0544. THE STATE v. WALKER.

HODGES, Judge.

In *State v. Walker*,[1] this Court vacated the trial court's order dismissing criminal charges against Sara Walker for want of prosecution, and remanded the case to the trial court. The Supreme Court of Georgia reversed our opinion in *Walker v. State*.[2] We therefore vacate our earlier opinion, adopt the Supreme Court's opinion as our own, and affirm the judgment of the trial court.

*Judgment affirmed. Rickman, C. J., Barnes, P. J., Miller, P. J., Doyle, P. J., Dillard, P. J., McFadden, P. J., Mercier, Reese, Brown, Gobeil, Markle, Pipkin, JJ., and Senior Appellate Judge Herbert E. Phipps concur.*

---

[1] 356 Ga. App. 170 (846 SE2d 438) (2020).

[2] 312 Ga. 640 (864 SE2d 398) (2021).